Christopher J. Reichman, Esq. SBN 250485
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego CA 92123
Telephone: 619-886-0252
Email: chrisr@prato-reichman.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>        Plaintiff,<br><br>    vs.<br><br>CONSULTME, LLC, LAWRENCE KRAKOW, T & T TRUCK SERVICES, ROBIN MEADOWS,<br><br>        Defendants. | Case No.: 2:24-cv-00149-DJC-DB<br><br>**JOINT STIPULATION TO WITHDRAW ALL DEFENDANTS' PENDING MOTIONS TO QUASH AND CONTINUE RESPONSIVE PLEADING DEADLINE FOR 90 DAYS** |

## STIPULATION

Plaintiff and the Defendants who have currently made special appearances to contest service of process—all Defendants except Consultme, LLC—do hereby stipulate that all Defendants hereby withdraw and strike all pending Motions to Quash [Docket Numbers 7, 8, 9] with leave to re-file later, and all parties do hereby stipulate and jointly move the Court to continue the time for all Defendants to respond to Plaintiff's Complaint for roughly ninety (90) days to June 27, 2024, and Plaintiff agrees not to file an request for entry of default until after that date.

- 1 -

Joint Stipulation to Withdraw Motions To Quash and Continue Responsive Pleading Deadline

1   This extension is to allow time to discuss settlement, repair any service of

2  process issues that may currently exist, and Defendants to retain counsel.  No party

3  has previously requested any continuance in this case.  The parties currently

4  appearing do jointly move that the continued responsive pleading date apply to the

5  sole non-appearing party, Consultme, LLC, for convenience of the parties and the

6  Court.

7

8   DATED: March 27, 2024                **PRATO & REICHMAN, APC**

9

10                                        /s/ Christopher J. Reichman
                                          By: Christopher J. Reichman, Esq.
11                                        **Prato & Reichman, APC**
                                          Attorneys for Plaintiff
12

13

14  DATED: March 27, 2024                LAURENCE KRAKOW

15
                                          /s/ Larry Krakow
16                                        LAURENCE KRAKOW,
                                          Specially appearing *in pro se*
17

18

19  DATED: March 27, 2024                ROBIN MEADOWS

20
                                          /s/ Robin Meadows
21                                        ROBIN MEADOWS,
                                          Specially appearing *in pro se*
22

23

24  DATED: March 27, 2024                T & T TRUCK SERVICES, LLC

25
                                          /s/ Tiffany Mulero
26                                        TIFFANY MULERO,
                                          Specially appearing for
27                                        T & T Truck Services, LLC

28

- 2 -

Joint Stipulation to Withdraw Motions To Quash and Continue Responsive Pleading Deadline

**ATTESTATION**

I hereby attest that Larry Krakow, Robin Meadows, and Tiffany Mulero for

T & T Truck Services, LLC have all given me approval to affix their signatures to

this stipulated joint motion.  I declare under penalty of perjury under the laws of

the United States that the foregoing is true and correct.


DATED: March 27, 2024                         **PRATO & REICHMAN, APC**


                                              /s/ Christopher J. Reichman, Esq._____
                                              By: Christopher J. Reichman, Esq.
                                              **Prato & Reichman, APC**
                                              Attorneys for Plaintiff

- 3 -