UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>        Plaintiff,<br>   vs.<br><br>CONSULTME, LLC, et. al.<br><br>        Defendants | Case No.: 2:24-cv-00149-DJC-DB<br><br>**[proposed] ORDER STRIKING DEFENDANTS' PENDING MOTIONS TO QUASH AND CONTINUE RESPONSIVE PLEADING DEADLINE** |

Based upon the Joint Stipulation submitted by the Parties and good cause appearing, **IT IS ORDERED** that:

All currently pending Motions to Quash Service of Summons and Complaint are hereby stricken with leave to re-file later, and all current briefing and motion hearing dates will be taken off calendar;

The time for all Defendants to respond to Plaintiff's Complaint is continued to no later than June 27, 2024;

Plaintiff may not request to enter default against ANY Defendant until after June 27, 2024.

Dated: _____

_____
Honorable Daniel J. Calabretta
United States District Judge