Christopher J. Reichman, SBN 250485
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Telephone: 619-683-7971
chrisr@prato-reichman.com

Attorneys Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>           Plaintiff,<br>     vs.<br><br>CONSULTME, LLC, LAWRENCE KRAKOW, T & T TRUCK SERVICES, ROBIN MEADOWS,<br><br>           Defendants. | Case No.: 2:24-cv-00149-DJC-DB<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CONSULTME, LLC**<br><br>Judge: Hon. Daniel J. Calabretta |

Notice of Voluntary Dismissal of Defendant CONSULTME, LLC alone

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is voluntarily dismissed <u>without prejudice</u> as against solely Defendant CONSULTME, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).  Defendant CONSULTME, LLC has not filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i). The case remains active against all other Defendants.

DATED:  June 18, 2024                           **PRATO & REICHMAN, APC**

<u>/s/Christopher J. Reichman, Esq.</u>
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
MARK AUSSIEKER