UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, | No. 2:24-cv-00149-DC-SCR |
| Plaintiffs, | |
| v. | ORDER TO FILE STATUS REPORT |
| CONSULTME, LLC, et al., | |
| Defendants. | |

    Plaintiff, proceeding pro se, filed this action on January 12, 2024. The Defendants who have appeared in this matter are proceeding pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Defendants filed motions to quash, and responses were filed, but the motions were not heard. Instead, on March 29, 2024, counsel appeared for Plaintiff and the parties submitted a Stipulation. ECF Nos. 19 & 20. In the Stipulation, Defendants agreed to withdraw their motions to quash, and the parties agreed to a 90-day extension of time to respond to the complaint. Magistrate Judge Barnes entered a Minute Order pursuant to the Stipulation. ECF No. 21.

    On June 18, 2024, Plaintiff filed a Notice of Voluntary Dismissal of Defendant ConsultMe, LLC. ECF No. 22. On June 27, 2024, Plaintiff and the remaining Defendants submitted a second Stipulation that requested an additional 90-days to respond to the complaint, and "allow time to discuss settlement, repair any service of process issues that may currently

exist, and for Defendants to retain counsel." ECF No. 23 at 2.  Magistrate Judge Barnes entered a Minute Order pursuant to the Stipulation which stated in part that "Defendants shall file a response to the complaint on or before September 27, 2024." ECF No. 24.  No further filings have been made by the parties.  Accordingly,

**IT IS HEREBY ORDERED that the parties shall file a Joint Status Report on or before November 12, 2024,** informing the Court as to the status of this matter, including the status of any settlement discussions; whether any remaining Defendants were properly served and, if so, on what date; and the status of counsel for remaining Defendants.

SO ORDERED.

DATED: October 28, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2